

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0006557458
MAILED FROM ZIP CODE 78701
$ 00.26⁵
FEB 11 2015
PITNEY BOWES

↖ RTS

**2/9/2015**
**Zubia, Jaime Jr.**      Tr. Ct. No. 78272-168-2      WR-81,127-02

On this day, this Court has granted the trial court's request for an extension of time to file the supplemental record. The supplemental record is due in this Court on Monday, February 23, 2015.

Abel Acosta, Clerk

JAIME ZUBIA JR.
~~TDC #749018~~

Not in Custody
in our facility

Ellis Co.
300 S. Jackson
Waxahachie, TX
75165